IN THE ILLINOIS NORTHERN DISTRICT COURT

OCTOBER 27, 2007

IRENA SARAPNICKIENE
A# A99027432
W.D.C. A 4-37
1800 INDUSTRIAL DR
RAYMONDVILLE TX 78580
PLAINTIFF(S)

V

McHENRY COUNTY JAIL
2200 N. SEMINARY Ave.
WOODSTOCK IL 60098

RECEIVED
NOV 08 2007
NOV 06 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CV6277
JUDGE CASTILLO
MAG. JUDGE ASHMAN

CLAIM COMPLAINT

I, IRENA SARAPNICKIENE, THE UNDERSIGNED CLAIMING BY FOLLOWING:

1. THERE WASN'T PAID ATTENTION TO MY REQUESTS ABOUT MY HEALTH CONDITION IN McHENRY COUNTY JAIL.

2. I WAS HARMED AND INJURED IN McHENRY COUNTY JAIL ON DECEMBER 12, 2006 AND DECEMBER 20, 2006. IT OCCUR AS RESULT BATTERY AND ASSAULT FROM JAIL OFFICERS.

3. THERE ARE VEHICLES USE FOR HUMANS TRANSPORTATION, WHICH ARE MADE TO USE FOR TRANSPORTATION THINGS, TOOLS BUT NOT FOR HUMANS.

THEREFORE, I REQUESTING TO OPEN CASE

AGAINST McHENRY COUNTY JAIL IS Y FO-
LLOWING:

1. PHYSICAL AND MENTAL ~~DAMAGE~~ ABUSE AS RESULT BATTERY AND ASSAULT FROM McHENRY COUNTY JAIL OFFICERS

2. PHYSICAL AND MENTAL ABUSE AS RESULT McHENRY COUNTY JAIL RULLS.

3. PHYSICAL AND MENTAL ABUSE AS RESULT McHENRY COUNTY JAIL EQUIPMENT.

4. HEALTH AND MORAL DAMAGE AS RESULT McHENRY COUNTY JAIL RULLS, EQUIPMENT, AS RESULT BATTERY AND ASSAULT FROM JAIL OFFICERS.

THANK YOU.

SINCERELY,

IRENA SARAPNICKIENE