**PRISONER CASE**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**Plaintiff(s):** IRENA SARAPNICKLENE

**Defendant(s):** MCHENRY COUNTY JAIL

**County of Residence:** US, Outside the State of IL

**County of Residence:**

**Plaintiff's Address:**

Irena Sarapnicklene
A-99027432
W.D.C.
1800 Industrial Drive
Raymondville, TX 78580

**Defendant's Attorney:**

FILED
NOV 06 2007
NOV 06 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

07CV6277
JUDGE CASTILLO
MAG. JUDGE ASHMAN

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes [✓] No

**Signature:** A. E. Woodham **Date:** 11/06/2007