IN THE ILLINOIS NORTHERN DISTRICT COURT

IRENA SARAPNICKIENE
A# A99027432
W.D.C. A4-37
1800 INDUSTRIAL DR.
RAYMONDVILLE TX 78580
PLAINTIFF(S)

V

McHENRY COUNTY JAIL
2200 N. SEMINARY Ave
WOODSTOCK IL 60098
DEFENDANT(S)

OCTOBER 27, 2007

AE

FILED
NOV 0 6 2007
NOV 06 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CV6277
JUDGE CASTILLO
MAG. JUDGE ASHMAN

MOTION

I ~~REQUESTING~~ DO NOT CHARGE CLAIM FILLING FEES.

THANK YOU.

SINCERELY,

IRENA SARAPNICKIENE