IN THE ILLINOIS NORTHERN DISTRICT COURT

OCTOBER 27, 2007

IRENA SARAPNICKIENÉ
A# A99027432
W.O.C. A4-37
1800 INDUSTRIAL DR
RAYMONDVILLE TX 78580
PLAINTIFF(S)

V

McHENRY COUNTY JAIL
2200 N. SEMINARY Ave
WOODSTOCK IL 60098
DEFENDANT(S)

**FILED**
NOV 0 6 2007
NOV 06 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CV6277
JUDGE CASTILLO
MAG. JUDGE ASHMAN

## MOTION

I REQUESTING PUBLICK ATTORNEY ASISSTANCE.

THANK YOU,

SINCERELY,

IRENA SARAPNICKIENÉ