NOV 15, 2007

FROM: IRENA SARAPNICKIENE
A# A 99027432
A. MICKEVIČIAUS 11
KAUNAS LT 44310
LITHUANIA

07cv6277

**FILED**
NOV 26 2007
Nov 26, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO: ILLINOIS NORTHERN DISTRICT COURT
2722 EVERETT McKINLEY DIRKSEN
UNITED STATES COURT HOUSE
20th FLOOR
219 SOUTH DEARBORN STREET
CHICAGO IL 60604

REQUEST RE CLAIMS COMPLAINT:
1. IRENA SARAPNICKIENE v McHENRY COUNTY JAIL
2. IRENA SARAPNICKIENE v ASISSTANT CHIEF COUNSEL FOR THE DHS-ICE

THERE WAS TWO CLAIM COMPLAINT PRESENTED ON OCTOBER 27, 2007 TO ILLINOIS NORTHERN DISTRICT COURT. IT IS FOLLOWING:
1. IRENA SARAPNICKIENE v McHENRY COUNTY JAIL.
2. IRENA SARAPNICKIENE v ASISSTANT CHIEF COUNSEL FOR THE DHS-ICE

I REQUESTING ATTACH ADDRESS CHANGE INFO TO THATS CLAIMS COMPLAINT:
OLD ADDRESS WAS:
IRENA SARAPNICKIENE
A# A 99027432
1800 INDUSTRIAL
RAYMONDVILLE TX 78580

NEW ADDRESS IS:
IRENA SARAPNICKIENE
A# A 99027432
A. MICKEVICIAUS 11
KAUNAS LT 44310
LITHUANIA

I REQUESTING TO USE NEW ADDRESS FOR MAILING INFO REGARDING CLAIMS PROCEEDING

THANK YOU.

SINCERELY,

IRENA SARAPNICKIENE

PROOF OF SERVICE

I, IRENA SARAPNICKIENE, MAILED REQUEST RE: CLAIM COMPLAINTS: 1. IRENA SARAPNICKIENE V MCHENRY COUNTY JAIL. 2. IRENA SARAPNICKIENE V ASISSTANT CHIEF COUNSEL FOR THE DHS-ICE, ON NOVEMBER 5, 2007 TO ILLINOIS NORTHERN DISTRICT COURT AT ADDRESS: 2722 EVERETT MCKINLEY DIRKSEN UNITED STATES COURT HOUSE, 20th FLOOR 219 SOUTH DEARBORN STREET, CHICAGO IL 6060

SINCERELY,

IRENA SARAPNICKIENE

IRENA SARAPNICKIENĖ
A#A99027432
A. MICKEVICIAUS 11
KAUNAS LT 44310
LITHUANIA

Kauno tardymo izoliatorius Išsiųsta
2722
200 2007-11-07

**RECEIVED**
NOV 2 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ILLINOIS NORTHERN DISTRICT COURT
2722 EVERETT McKINLEY DIRKSEN
UNITED STATES COURT HOUSE
20th FLOOR
219 SOUTH DEARBORN STREET
CHICAGO IL 60604


