# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6277 | DATE | December 5, 2007 |
| CASE TITLE | Irena Sarapnickiene #A99027432 v. McHenry County Jail | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion to proceed in forma pauperis is denied without prejudice. [3] Plaintiff is given until December 26, 2007, either to file an in forma pauperis application on the enclosed form with the information required by § 1915(a)(2) or to pay the full $350 filing fee. If Plaintiff takes no action by that date, the court will dismiss the complaint without prejudice. The clerk is directed to send Plaintiff an in forma pauperis application along with a copy of this order. Plaintiff claims that she is now in Lithuania. Further, plaintiff's complaint is dismissed without prejudice and she is given until December 26, 2007, to submit an amended complaint in accordance with the instructions herein. Failure to comply with all the terms of this order will result in dismissal. Plaintiff's motion for appointment of counsel is denied without prejudice.[4]

■[ For further details see text below.]        Docketing to mail notices.

## STATEMENT

Plaintiff filed this case without either paying the filing fee or properly seeking leave to proceed in forma pauperis. Effective April 26, 1996, the Prison Litigation Reform Act ("PLRA") significantly changed the procedures in prisoner litigation brought without prepayment of the filing fee. This Court requires that persons seeking leave to file in forma pauperis file their motions on a prescribed form. LR 3.3. The form requires inmates to obtain a certificate stating the amount of money they have on deposit in their prison or jail trust fund account. Plaintiff did not use the prescribed form, did not submit the six month trust account statement and did not have the motion certified by an authorized officer at the jail.

To enable the court to make the necessary initial assessment of the filing fee, Plaintiff must submit the required in forma pauperis form, and also "submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(2). If Plaintiff wishes to proceed with this case in forma pauperis she must file an in forma pauperis application on the form required by the rules of this court together with a certified copy or copies of his trust fund statements reflecting all activity in his accounts in the immediately preceding six-month period. Additionally, Plaintiff must submit an amended complaint on the form provided by this court.

Plaintiff has submitted a change of address form in which she states that her current address is in Lithuania. Plaintiff must also inform the court if she has any other matters in this court, either pending or closed, related to this Lithuania address, including any deportation matters.

Plaintiff's motion for appointment of counsel is denied without prejudice. Because the court construes pro se pleadings liberally, therefore, counsel is not needed at this time. *See Farmer v. Haas*, 990 F. 2d 319, 322 (7th Cir. 1993). It is the general practice of this court in pro se cases is to consider appointment of counsel if an when it appears that the action has sufficient merit to require complex discovery or an evidentiary hearing. *Maclin v. Freake*, 650 F. 2d 885, 887 (7th Cir. 1991). No such discovery is need at this stage of the case. Therefore the motion is denied without prejudice.

| | Courtroom Deputy Initials: | stc |
|---|---|---|