UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

PLAINTIFF
IRENA SARAPNICKIENE
LITHUANIA

V

DEFENDANT
McHENRY COUNTY JAIL
IL 60098

CASE NO:
07 C 6277

JUDGE:
RUBEN CASTILLO

**FILED**
JAN 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MOTION

THE PLAINTIFF IRENA SARAPNICKIENE REQUESTING THE COURT TO GIVE TIME EXTENSION FOR RETURNING ANSWER, MOTION OR OTHER DOCUMENTS OR INFO TO COURT.

CAUSE FOR THIS REQUEST IS THAT THE PLAINTIFF LOCATED OUTSIDE OF UNITED STATES IN FOREIGN COUNTRY, YET.

THE PLAINTIFF REQUESTING 60 DAYS PERIOD TO RETURN ANSWER OR MOTION TO COURT.

THANK YOU.

SINCERELY,

IRENA SARAPNICKIENE
A. MICKEVICIAUS 11
KAUNAS LT 44310
LITHUANIA