# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6277 | **DATE** | January 30, 2008 |
| **CASE TITLE** | Irena Sarapnicklene#A99027432  v. McHenry County Jail | | |

**DOCKET ENTRY TEXT:**

    The court denies Plaintiff's motion for leave to file in forma pauperis without prejudice to reconsideration should she renew her motion in compliance with this order.[9]  Plaintiff is given until February 28, 2008, either to file an in forma pauperis application on the enclosed form with the information required by § 1915(a)(2) or to pay the full $350 filing fee.  The clerk is directed to send Plaintiff another *in forma pauperis* application along with a copy of this order and is further directed to send a copy of this order to the trust account supervisor in Lithuania. She is also given a final extension to comply with this court's order of December 5, 2007, including submission of an amended complaint. The clerk already sent her this form. Therefore , her motion for extension of time is granted. [8]

■[ For further details see text below.]                                                                 Docketing to Mail Notices

## STATEMENT

    The clerk has accepted this *pro se* civil rights complaint for docketing pursuant to Fed.R.Civ.P. 5(e) even though it was not submitted in compliance with the rules of this court.  This Court requires that persons seeking leave to file in forma pauperis file their motions on a prescribed form.  LR 3.3. The form requires inmates to obtain a certificate stating the amount of money they have on deposit in their prison or jail trust fund account.  Plaintiff did not submit the six month trust account statement.   If Plaintiff wants to proceed on her complaint, she must file a new motion for leave to file in forma pauperis on the required form and have a prison official provide information regarding Plaintiff's trust fund account.  28 U.S.C. 1915(a)(2).  Plaintiff must also write the case number in the space provided for it.  Failure to complete the required form fully or otherwise comply with this order are grounds for dismissal of the suit.  *See Zaun v. Dobbin*, 628 F.2d 990 (7th Cir. 1980).

Plaintiff is also required to comply with all aspects of this court's December 5, 2007 order. The court recognizes that the Plaintiff is now residing outside this country. Neverless, she is still required to comply with this court's orders. Failure to do so will result in dismissal.

ste