UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

IRENA SARAPNICKIENE
    PLAINTIFF

V

McHENRY COUNTY JAIL
    DEFENDANT

CASE # 07C 6277

JUDGE:
RUBEN CASTILLO

FILED
2-7-2008
FEB - 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MOTION

THE PLAINTIFF IRENA SARAPNICKIENE PRESENTING TO COURT DOCUMENTS TO USE SUPPORT COMPLAINT IN THIS CASE. IT IS FOLLOWING:

1. McHENRY COUNTY ADULT CORRECTIONAL FACILITY INMATE REQUESTS DATED 12-21-2006; 12-22-2006; 12-24-2006

2. LOYOLA UNIVERSITY HEALTH SYSTEM EMERGENCY DEPARTMENT NOTE DATED ON 12-20-2006.

3. REPORT TO McHENRY COUNTY SHERIFF'S POLICE DATED ON 5-15-2007

4. McHENRY COUNTY SHERIFF'S POLICE NOTE DATED ON 5-24-2007

McHenry County Adult Correctional Facility
INMATE REQUEST

A# A99027432

NAME: IRENA SARAPNICKIENE   Booking I.D. #: 71550

DATE: 12-21-2006   CELL #: 3/232

PLACE AND X NEXT TO THE ITEM YOU ARE REQUESTING AND GIVE A BRIEF EXPLANATION BELOW, ONE REQUEST PER SHEET.

REQUEST   X   MEDICAL ATTENTION
             ___ CHAPLAIN ASSISTANCE
             ___ REQUEST TO SEE PUBLIC DEFENDER
             ___ MENTAL HEALTH COUNSELOR
             ___ OTHER REQUEST

REMARKS: I NEED TO SEE DOCTOR

Need to let us know what Dr. medical or psych and for what reason.

OFFICER RECEIVING REPORT: [signature]   ID # 1683   TIME 0702
ACTION TAKEN: To Medical

REFERRED TO: ___   DATE ___   TIME ___
ACTION TAKEN: ___
OFFICER ___   ID # ___

REFERRED TO: ___   DATE ___   TIME ___
ACTION TAKEN: ___
OFFICER ___   ID # ___

A# A99027432
CASE # 07C 6277

McHenry County Adult Correctional Facility
INMATE REQUEST

A# A99027432

NAME: IRENA SARAPNICKIENE   Booking I.D. #: 71550

DATE: 12-22-2006   CELL #: 3/232

PLACE AND X NEXT TO THE ITEM YOU ARE REQUESTING AND GIVE A BRIEF EXPLANATION BELOW, ONE REQUEST PER SHEET.

REQUEST
- X  MEDICAL ATTENTION
- ___ CHAPLAIN ASSISTANCE
- ___ REQUEST TO SEE PUBLIC DEFENDER
- ___ MENTAL HEALTH COUNSELOR
- ___ OTHER REQUEST

*What kind you 8 injury did get*

REMARKS: THERE WAS DECEMBER 20, 2006 I WAS INJURED BY JAIL OFFICERS AT TRANSPORTATION TO COURT. I NEED TO SEE DOCTOR. IT'S MY SECOND REQUEST.

OFFICER RECEIVING REPORT: _____ ID # _____ TIME _____
ACTION TAKEN: _____

REFERRED TO: _____ DATE _____ TIME _____
ACTION TAKEN: _____
OFFICER _____ ID # _____

REFERRED TO: _____ DATE _____ TIME _____
ACTION TAKEN: _____
OFFICER _____ ID # _____

A 99027432
CASE# 07 C 6277

CASE # 07C 6277

## McHenry County Adult Correctional Facility
### INMATE REQUEST

A# A99027432

NAME: IRENA SARAPNICKIENE   Booking I.D. #: 71550

DATE: 12-24-2006   CELL #: 3/232

PLACE AND X NEXT TO THE ITEM YOU ARE REQUESTING AND GIVE A BRIEF EXPLANATION BELOW, ONE REQUEST PER SHEET.

REQUEST   X   MEDICAL ATTENTION
___   CHAPLAIN ASSISTANCE
___   REQUEST TO SEE PUBLIC DEFENDER
___   MENTAL HEALTH COUNSELOR
___   OTHER REQUEST

REMARKS: I WAS INJURED BY JAIL OFFICERS AT DECEMBER 20, 2006. SIX OFFICERS DROPPED ME IN VAN ON THE FLOOR HEAD DOWN, THEY WALK ME ON GARAGE FLOOR. THERE IS CAUSE I HAD LOT BLOOD STRINGS AND BRUISES ON MY UPPER ARMS. I CAN'T SAT DOWN IN CAR, ALL TIME I STAND ON MY KNEE. I HAD NERVIOUS SHOCK, CONVULSIONS, SEIZURES. NOW IS FOURTH DAY AFTER ACCIDENT. BLOOD STRINGS, BRUISES GO OUT, TWO DAYS AFTER THAT I HAD HIGH BLOOD PRESSURE, HEADACH, MY KNEE, WRISTS WAS SWOLEN, NOW SWOLLEN GO OUT. I HAVE PAIN IN MY ANCKLES, MY WRIST

OFFICER RECEIVING REPORT: ___   #___   TIME___

ACTION TAKEN: MY KNEE, ESPECIACY LEFT LEG, IT'S GOES NUMBED AND STIFFNED PERIODICLY. IT'S NOT ORDINARY NUM. IT'S BECAUSES WITH SHARP PAIN. I CAN'T MOVE LEG FOR FEW MINUTES AT THIS TIME. I NEED TO SEE DOCTOR. IF I HAVE N CHANGES

REFERRED TO: I WANT TO SEE MY REGU-   DATE___   TIME___

ACTION TAKEN: LAR DOCTOR, IRINA HARAG, PHONE 847 821 1070. THANK YOU.

OFFICER___   ID #___

REFERRED TO: Fwd to Medical   DATE 12-24-06   TIME 0845
ACTION TAKEN: ___

OFFICER___   ID #___

I GOT THIS ANSWER TO MY REQUEST. I HAVEN'T SEE ANY DOCTOR OR MEDICAL WORKER. I NOT GOT ANY DIAGNOSIS, I DON'T UNDERSTAND WHY I MUST USE TYLENOL WITHOUT ANY MEDICAL ATTENTION.
IRENA SARAPNICKIENE 12-25-06

*[Margin notes:]* We can not send you out to your own doctor. You can order Tylenol off of commissary tonight - you can have it twice a day until Thurs (12-28) when you go come in.



**LOYOLA UNIVERSITY HEALTH SYSTEM**

Loyola University Chicago

Emergency Department
2160 South First Avenue
Maywood, IL, 60153
Phone: 708-216-8705

---

Sarapnickiene, Irena (1862199)                                    Visit on: 12/20/06

Your diagnosis was: ANXIETY STATE, UNSPECIFIED

You were seen by:   Lynnette Doan-Wiggins

| Follow-up information | Comments | Contact information |
|---|---|---|
| LOC INTERNAL MEDICINE | | Room 3300<br>2160 S. First Avenue<br>Maywood, Illinois 60153<br>708-216-8757 |

**Additional Instructions**

Follow up with gen med or your doctor.  Return if worse.

**Discharge Attachments**

- CareNotes System - ANXIETY ATTACK (Discharge Care)

**MEDICATIONS**

**None**

The following information is provided to all patients discharged from the Loyola University Medical Center Emergency Department:

According to the U.S. Department of Health and Human Services, if you consume 3 or more alcoholic beverages every day, you may be at risk for alcohol abuse. Below are some contacts that may be helpful.

Alcoholics Anonymous
www.aa.org
312-346-1475
708-366-9558

National Clearinghouse for Alcohol and Drug Information
www.health.org under 'resources'

American Council on Drug Education
800-488-3784

*A# A99027432*
*CASE # 07 C 6277*

From: Irena Sarapnickiene  
P.O.BOX 0713  
Palatine, IL 6078

May 15, 2007

To: Mc HENRY COUNTY SHERIFF'S ~~OFFICE~~ POLICE

REPORT Re: accidents in McHenry County Jail on December 12, 2006 and December 20, 2006

I, Irena Sarapnickiene, was arrested by Immigration Police on 11-7-2006. I had been under custody in McHenry County Jail from 11-8-2006 to 5-9-2007. I was injured by jail officers.

There are vans divided in small places, without side windows, that use for prisons transportation by McHenry County Jail. Vans really, are not made for human transportation. This model is for transportation stuffs.

I have anxiety to closed, small areas. I can't use vehicles like that. It's hazard to my health. I made lot requests to jail officers regarding it. I explained my problems and asked to help solve it. There was nervous tension constantly, because I haven't answers to my requests, and I never been informed, what kind of vehicle should bee used, when I should go to immigration Office.

It's why I was pushed in car and injured on December12, 2006 and December 20, 2006. I had nervous shock. I use Loyola hospital emergency room. I asked jail for medical attention, but it wasn't approved. That's why I made claim and request to Immigration Court, because I was under custody regarding Immigration case, and had proceeding in Immigration Court.

Include:
1. Claim to Immigration Court regarding battery from jail officers. Date 12-22-2006
2. Request regarding incorrect date.
3. Request to Immigration Court to get visit to doctor. Date 12-25-2006
4. Requests to McHenry County Adult Correctional Facility for medical attention. Dates: 12-21-2006; 12-22-2006; 12-24-2006
5. Request to McHenry County Adult Correctional Facility regarding accident in jail. Date: 3-22-2007

For all questions and sending information regarding this report use address:  
P.O.BOX 0713  
Palatine IL 60078

Thank You.

Sincerely,

Irena Sarapnickiene

**KEITH NYGREN**
SHERIFF

**EUGENE E. LOWERY**
UNDERSHERIFF

**NON-EMERGENCY**
815/338-2144

**E-MAIL:**
sheriff@co.mchenry.il.us

2200 N. SEMINARY AVE.
WOODSTOCK, IL 60098

24 May 2007

Irena Sarapnickiene
P.O. Box 0713
Palatine, IL 60078

Ms. Sarapnickiene:

We have received you correspondence dated 15 May 2007, requesting reports from the McHenry County Adult Correctional Facility. As you were advised when you came to the facility last week, copies of facility documents are not released to anyone unless a subpoena accompanies the request. Since we will not be sending you copies of any reports, the check (check # 94) for $5.00 that you sent with your letter has been returned to you with this letter.

Your request to have the Sheriff's Office complete the U Visa Certification Form for you is being denied. ICE has been contacted and we were advised that this form is not a formal ICE document and that it does not pertain to your case.

Sincerely,

Tom A. Svoboda
Chief of Corrections

TAS:ml

Cc:    Detainee File

A#A 99027432
CASE # 07 C 6277