UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

IRENA SARAPNICKIENE
PLAINTIFF

CASE NO: 07C6277

v

MC HENRY COUNTY JAIL
DEFENDANT

JUDGE: RUBEN CASTILLO

## MOTION

I, IRENA SARAPNICKIENE, DECLARE THAT I AM PLAINTIFF AND STATE THAT I AM UNABLE TO CONTINUE CASE PROCEEDING WITHOUT THE SERVICES OF AN ATTORNEY.

I REQUESTING THE COURT TO APPOINT COUNSEL TO REPRESENT ME IN THIS PROCEEDING.

THANK YOU.

FILED
2-7-2008
FEB - 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT