JANUARY 28, 2008

FROM: IRENA SARAPNICKIENE
A. MICKEVICIAUS 11
KAUNAS LT 44310
LITHUANIA

FILED
FEB 12 2008
FEB 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO: UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
UNITED STATES COURT HOUSE
20th FLOOR
219 SOUTH DEARBORN STREET
CHICAGO IL 60604

REQUEST RE: CASE NO. 07C 6277

THERE BEEN SERVED REQUEST BY PLAINTIFF IRENA SARAPNICKIENE TO TRANSFER CASE NO. 07C 6277 FROM U.S. COURT, NORTHERN DISTRICT OF ILLINOIS TO U.S. COURT OF INTERNATIONAL TRADE AT ADDRESS:
ONE FEDERAL PLAZA
NEW YORK, NEW YORK 10278-0001
THE PLAINTIFF IRENA SARAPNICKIENE REQUESTING THE COURT TO CANCEL REQUEST.
THE PLAINTIFF IRENA SARAPNICKIENE REQUESTING TO PROCEEDING CASE NO. 07C 6277 IN U.S. COURT NORTHERN DISTRICT OF ILLINOIS

THANK YOU,

SINCERELY,