THE COURT UNITED STATES
ILLINOIS NORTHERN DISTRICT COURT

IRENA SARAPNICKIENE  | CASE NO.
    PLAINTIFF         | 07C 6277
      V
McHENRY COUNTY JAIL | JUDGE
   DEFENDANT      | RUBEN CASTILLO

**FILED** FEB 27 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FEB 27 2008

## MOTION

THE PLAINTIFF IRENA SARAPNICKIENE REQUESTING THE COURT TO SERVE THE JURISDICTIONAL ISSUE REGARDING THIS CASE TO ATTORNEY GEORGY CHEPOV AT ADDRESS:

    CHEPOV & SCOTT, LLC
    ATTORNEY GEORGY CHEPOV
    5440 N. CUMBERLAND AVE #150
    CHICAGO IL 60656

THANK YOU.

                IRENA SARAPNICKIENE