# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6277 | **DATE** | March 4, 2008 |
| **CASE TITLE** | Irene Sarapnicklene v. McHenry County Jail | | |

**DOCKET ENTRY TEXT:**

  Plaintiff's three pending motions are denied. Motion to supplement [11]; Motion to appoint counsel [12]; and Motion requesting the court to serve jurisdictional issue regarding this case to attorney George Chepov [14]. Further, Plaintiff was ordered on January 30, 2008, that she had until February 28, 2008, to submit a proper motion to proceed *in forma pauperis* in accordance with the court's previous instructions. She has not complied with any aspects of that order. Plaintiff's January 28, 2008 letter is construed as a request for transfer and as such is denied. [13] Therefore, this case is dismissed without prejudice for failure to comply. Any other pending motions are denied as moot.

■[ For further details see text below.]
Docketing to mail notices.

## STATEMENT

 Plaintiff, formerly a detainee at the McHenry County Jail, sued the jail claiming that she was not provided adequate medical care for injuries she sustained while being transported to court in December, 2006. She was told to submit a complete motion to proceed *in forma pauperis* in two orders of this court, but has failed to comply with either order. The court also stated that she should submit an amended complaint, but this order relates only to her failure to submit a proper and complete motion to proceed in forma pauperis.
 Instead of complying with this court's orders, Plaintiff has submitted three motions. The motion to supplement is denied. Plaintiff appears to be asking the court to add certain documents to her case file. The motion is denied as unnecessary. She submitted the documents and they are now in her court file. She does not need a motion for this purpose. [11]
 Plaintiff's motion, which the court construes as a motion for appointment of counsel is also denied.[12] Plaintiff's failure to comply with the court's previous orders mean that the case is dismissed; therefore, this motion is denied as moot.
 Finally, Plaintiff submitted a second motion related to appointment of counsel which she titled Motion requesting the court to serve jurisdictional issue regarding the case to attorney George Chepov. [14] This attorney has submitted no appearance or any other indication that he is willing to represent her in this matter. Therefore, the motion is denied for the same reason as the motion for appointment of counsel is denied.
 One final matter, it appears that Plaintiff submitted an *ex parte* letter to the court seeking that this court transfer this case to the "Court of International Trade" in New York City. Not only does that court not have any jurisdiction over this matter, but because this case is now dismissed, such a request is denied.(see letter dated January 28, 2008). Therefore, docket entry #13, construed as a request for transfer, is denied.
 For all of these reasons, Plaintiff's pending motions are denied. This matter is dismissed for failure to comply. previous orders of this court.

| | Courtroom Deputy Initials: | ste |
|---|---|---|